UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARBIJIT DHESI,

    Plaintiff,

v.

XPRESSION OF AWARENESS INC.,

    Defendants.

Case No. 19-cv-04210-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, October 5, 2020 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO TO BE COMPLETED BY: | August 31, 2020 |
| REFERRED TO MAGISTRATE JUDGE CORLEY FOR DISCOVERY | |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 4/30/2020 ; after this date by Court approval for good cause by Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | September 18, 2020 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: June 30, 2020<br>Rebuttal: July 20, 2020 |
| EXPERT DISCOVERY CUTOFF: | August 28, 2020 |
| CLASS CERTIFICATION MOTION FILED: | September 22, 2020 |

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by April 21,2020 by filing a JOINT Notice. A compliance hearing regarding shall be held on Friday, May 1, 2020 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. By

April 21, 2020, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.]

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: April 6, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge