Jon B. Fougner (State Bar No. 314097)
jon@fougnerlaw.com
600 California Street, 11th Floor
San Francisco, California 94108
Telephone: (415) 577-5829
Facsimile: (206) 338-0783

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs Dr. Sarbjit Dhesi and Dr. Lonna Denny*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DR. SARBJIT DHESI and DR. LONNA DENNY,<br><br>Plaintiffs,<br><br>v.<br><br>XPRESSION OF AWARENESS, INC., d/b/a "RETHINK CBD," a/k/a "CBD RETHINK,"<br><br>LOUIS WING,<br><br>YESSENIA GARCIA, and<br><br>HAMID MCHATET,<br><br>Defendants. | No. 4:19-cv-04210-YGR<br><br>ORDER GRANTING<br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiffs Dr. Sarbjit Dhesi and Dr. Lonna Denny and Defendants Xpression of Awareness, Inc., Louis Wing, Yessenia Garcia, and Hamid Mchatet, through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to and respectfully request the dismissal of this action in its entirety, with prejudice with respect to Plaintiffs' individual claims and without prejudice with respect to the putative class members' claims.

## SIGNATURE ATTESTATION

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from the other signatories.

RESPECTFULLY SUBMITTED,

By: */s/ Jon B. Fougner*
Jon B. Fougner

Anthony I. Paronich
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
*Pro Hac Vice*

Andrew W. Heidarpour
aheidarpour@hlfirm.com
HEIDARPOUR LAW FIRM, PLLC
1300 Pennsylvania Avenue NW, 190-318
Washington, District of Columbia 20004
Telephone: (202) 234-2727
*Pro Hac Vice*

*Attorneys for Plaintiff Dr. Sarbjit Dhesi and Dr. Lonna Denny*

By: */s/ Robert Sprague*

Robert Sprague, Esq. (Bar No. 67647)
spraguelaw@yahoo.com
LAW OFFICES OF DAVID L. OLSON
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 446-7844
Facsimile: (510) 446-7845

*Attorneys for Defendants Xpression of Awareness, Inc., Louis Wing, Yessenia Garcia, and Hamid Mchatet*

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 7, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge